John Quincy ADAMS, Plaintiff–Appellant

v.

Gary CAMPBELL, MD, Corizon Medical Services, formerly known as Correctional Medical Services, Personal and Individual Capacity; T. Brede-

---

man, MD, Corizon Medical Services, formerly known as Correctional Medical Services, Personal and Individual Capacity; Elizabeth Conley, MD, Corizon Medical Services, formerly known as Correctional Medical Services, Personal and Individual Capacity; Thomas Cabrera, MD, Corizon Medical Services, formerly known as Correctional Medical Services, Personal and Individual Capacity; Corizon Medical Services, Inc.; Robert Griggs, Assistant Warden, NECC, Personal Capacity; Chantey Goddert, Assistant Warden, NECC, Personal Capacity; Doug Prudden, Warden, NECC, Personal Capacity; Unknown Vetter, Correctional Officer I, NECC Personal Capacity, Defendants–Appellees.

No. 14–1390.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 19, 2015.

Filed: March 2, 2015.

John Quincy Adams, Neosho, MO, pro se.

Jessica L. Liss, Jackson Lewis LLP, St. Louis, MO, for appellees Gary Campbell, MD, Thomas Bredeman, MD, Elizabeth Conley, MD, and Thomas Cabrera, MD.

Colleen Joern Vetter, Asst. Atty. Gen., St. Louis, MO (Chris Koster, Atty. Gen., Jefferson City, MO, on the brief), for appellees Robert Griggs, Chantey Goddert, Doug Prudden, and Officer Vetter.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Former inmate John Quincy Adams appeals from the order of the District Court[1] granting summary judgment to the defendants in his 42 U.S.C. § 1983 action. Upon de novo review of the record, we find no basis for reversal. *See Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir.2014) (standard of review). We affirm the judgment of the District Court. *See* 8th Cir. R. 47B.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.